**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARK MARTELL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>X CORP.,<br><br>　　　　Defendant. | Case No. 23-cv-5449 |

**INDEX OF EXHIBITS FOR NOTICE OF REMOVAL OF X CORP.**

| Exhibit No. | Description |
|---|---|
| Exhibit 1 | Complaint in *Mark Martell v. X Corp.*, Case No. 2023CH06416 |
| Exhibit 2 | Summons and Affidavit of Service |
| Exhibit 3 | State Court Docket in *Mark Martell v. X Corp.*, Case No. 2023CH06416 |
| Exhibit 4 | Plaintiff's July 12, 2023 Motion for Class Certification |