# EXHIBIT 3

# District 1

# Case Summary

### Case No. 2023CH06416

| | |
|---|---|
| **Mark Martell-vs-X Corp.** | § Location |
| | § **District 1** |
| | § Judicial Officer |
| | § **Calendar, 15** |
| | § Filed on |
| | § **07/11/2023** |
| | § Cook County Attorney Number |
| | § **38819** |

## Case Information

Case Type: Class Actions
Case Status: **07/11/2023 Pending**

## Assignment Information

**Current Case Assignment**
Case Number      2023CH06416
Court            District 1
Date Assigned    07/11/2023
Judicial Officer Calendar, 15

## Party Information

*Lead Attorneys*

**Plaintiff**   Martell, Mark   **Malmstrom, Carl Vincent**
*Retained*

**Defendant**   X Corp.

## Events and Orders of the Court

11/09/2023    **Case Management**    (10:00 AM)    (Judicial Officer: Loftus, Anna M.)
         Resource: Location CH2410 Court Room 2410
         Resource: Location D1 Richard J Daley Center

07/17/2023

Summons - Retd P.S.
    *Sheriff ID: 20020995, UNKNOWN LITIGANT Sheriff Filename: 2023CH0641620020995.pdf*
    Date Served:    07/14/2023

07/12/2023    
         Motion Filed
            *Plaintiff's Motion for Class Certification*

07/12/2023
         Summons Issued And Returnable
            *Summons (Issued and Returnable)*

07/11/2023    New Case Filing

07/11/2023
         Class Action Complaint Filed (Jury Demand)
            *Class Action Complaint*