**FILED PROVISIONALLY UNDER SEAL AND WITHOUT SERVICE**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARK MARTELL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>X CORP.,<br><br>Defendant. | Case No. 23-cv-5449<br><br>Hon. Rebecca R. Pallmeyer<br><br>Hon. Beth W. Jantz |

**X CORP.'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**