IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK MARTELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>X CORP.,<br><br>    Defendant. | Case No. 23-cv-5449<br><br>Hon. Rebecca R. Pallmeyer<br><br>Hon. Beth W. Jantz |

### X CORP.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant X Corp. states that it is a privately held corporation, incorporated in Nevada and with its principal place of business in California. For diversity purposes, X Corp. is a citizen of the States of Nevada and California. X Corp.'s parent corporation is X Holdings Corp. No publicly traded corporation owns 10% or more of the stock of X Corp. or X Holdings Corp.

Dated: August 14, 2023

Respectfully submitted,

/s/ *Robert C. Collins III*
Robert C. Collins III, one of the Attorneys for Defendant X Corp.

Robert C. Collins III (Illinois Bar No. 6304674)
  robert.collins@lw.com
Kathryn A. Running (Illinois Bar No. 6330369)
  kathryn.running@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## CERTIFICATE OF SERVICE

I, Robert C. Collins III, hereby certify that I caused a copy of the foregoing to be served on the parties listed below by email on August 14, 2023, and by prepaid, First Class United States mail on August 15, 2023.

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER FREEMEN & HERZ LLC
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

Philp L. Fraietta
Joseph I. Marchese
Matthew A. Girardi
Julian C. Diamond
BURSOR & FISHER, P.A.
1300 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
pfraietta@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

Dated: August 14, 2023

/s/ *Robert C. Collins III*
Robert C. Collins III, One of the Attorneys for Defendant X Corp.

Robert C. Collins III (Illinois Bar No. 6304674)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: robert.collins@lw.com