# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mark Martell

          Plaintiff,

v.

          Case No.: 1:23–cv–05449
          Honorable Rebecca R. Pallmeyer

X Corp.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: X'Corp.'s unopposed motion for leave to file under seal X Corp.'s Local Rule 3.2 notification as to affiliates and certain information in support of employee declaration [5] is granted. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.