IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK MARTELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>X CORP.,<br><br>    Defendant. | Case No. 23-cv-5449<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Beth W. Jantz |

**X CORP.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant X Corp. respectfully moves for an unopposed 35-day extension of time, until September 25, 2023, to answer or otherwise respond to the Complaint. In support, X Corp. states as follows:

1. On or about July 11, 2023, Plaintiff filed a Class Action Complaint ("Complaint") in the Circuit Court of Cook County, Illinois, captioned *Martell v. X Corp.*, Case No. 2023CH06416. *See* Dkt. No. 1-2.

2. On July 14, 2023, Plaintiff purported to effectuate service on X Corp. *See* Dkt. No. 1-3.

3. On August 14, 2023, X Corp. timely removed the action to this Court, *see* Dkt. No. 1, setting X Corp.'s initial deadline to answer or otherwise respond to the Complaint as August 21, 2023 pursuant to Federal Rule of Civil Procedure 81(c)(2)(C).

4. To allow X Corp. the time to most efficiently and effectively respond to the Complaint, X Corp. respectfully requests an extension until September 25, 2023, to answer or otherwise respond to the Complaint. The requested extension will not prejudice either party and

will serve the interests of judicial efficiency and conservation of resources. No previous extension has been requested for this deadline.

     5.     X Corp.'s counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel indicated that Plaintiff does not oppose the relief requested in this motion.

     WHEREFORE, X Corp. respectfully requests that this Court grant this unopposed motion and extend the deadline for X Corp. to answer or otherwise respond to the Complaint until September 25, 2023.

Dated: August 16, 2023

Respectfully submitted,

/s/ *Robert C. Collins III*
Robert C. Collins III, one of the Attorneys for Defendant X Corp.

Robert C. Collins III (Illinois Bar No. 6304674)
  robert.collins@lw.com
Kathryn A. Running (Illinois Bar No. 6330369)
  kathryn.running@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## CERTIFICATE OF SERVICE

I, Robert C. Collins III, hereby certify that I caused a copy of the foregoing to be served on the parties listed below, by operation of the Court's CM/ECF system, on August 16, 2023.

Carl V. Malmstrom
WOLF HALDENSTEIN ADLER FREEMEN & HERZ LLC
111 W. Jackson Blvd., Suite 1700
Chicago, Illinois 60604
Tel: (312) 984-0000
Fax: (212) 686-0114
E-mail: malmstrom@whafh.com

Philp L. Fraietta
Joseph I. Marchese
Matthew A. Girardi
Julian C. Diamond
BURSOR & FISHER, P.A.
1300 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
pfraietta@bursor.com
mgirardi@bursor.com
jdiamond@bursor.com

Dated: August 16, 2023

/s/ *Robert C. Collins III*
Robert C. Collins III, One of the Attorneys for Defendant X Corp.

Robert C. Collins III (Illinois Bar No. 6304674)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois  60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:   robert.collins@lw.com