# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mark Martell

                Plaintiff,

v.                                     Case No.: 1:23–cv–05449
                                           Honorable Rebecca R. Pallmeyer

X Corp.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2023:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: X Corp.'s unopposed motion for extension of time to answer [13] is granted. X Corp.'s deadline is extended to September 25, 2023 to answer or otherwise respond to the complaint. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.