IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK MARTELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>X CORP.,<br><br>    Defendant. | Case No. 1:23-cv-5449<br><br>District Judge Rebecca R. Pallmeyer<br><br>Magistrate Judge Beth W. Jantz |

**DEFENDANT X CORP.'S MOTION TO DISMISS**
**<u>COMPLAINT WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant X Corp. ("X") respectfully moves to dismiss with prejudice the Complaint of Plaintiff Mark Martell for failure to state a claim upon which relief can be granted. In the alternative, and also pursuant to Federal Rule of Civil Procedure 12(b)(6), X respectfully moves to dismiss with prejudice Plaintiff's Section 15(d) claim and his claim for enhanced statutory damages under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq.* ("BIPA"). In support of this Motion to Dismiss, X concurrently submits a Memorandum of Law and Exhibit, which set forth the grounds for X's Motion to Dismiss.

WHEREFORE, for all the reasons set forth in its accompanying Memorandum of Law, X respectfully requests that the Court grant its Motion to Dismiss and enter an Order dismissing the Complaint in its entirety and with prejudice. In the alternative, X respectfully requests that the Court dismiss with prejudice Plaintiff's Section 15(d) claim and his claim for enhanced statutory damages.

Date:  September 25, 2023    Respectfully submitted,

　　　　　　　　　　　　　　　　　　 */s/ Robert C. Collins III*
　　　　　　　　　　　　　　　　　Robert C. Collins III, one of the Attorneys for
　　　　　　　　　　　　　　　　　Defendant X Corp.

　　　　　　　　　　　　　　　　　Robert C. Collins III (Illinois Bar No. 6304674)
　　　　　　　　　　　　　　　　　　robert.collins@lw.com
　　　　　　　　　　　　　　　　　Kathryn A. Running (Illinois Bar No. 6330369)
　　　　　　　　　　　　　　　　　　kathryn.running@lw.com
　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　330 North Wabash Avenue, Suite 2800
　　　　　　　　　　　　　　　　　Chicago, Illinois  60611
　　　　　　　　　　　　　　　　　Telephone:  (312) 876-7700
　　　　　　　　　　　　　　　　　Facsimile:  (312) 993-976

## **CERTIFICATE OF SERVICE**

I, Robert C. Collins III, hereby certify that on September 25, 2023, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

        */s/ Robert C. Collins III*
Robert C. Collins III, One of the Attorneys for Defendant X Corp.

Robert C. Collins III (Illinois Bar No. 6304674)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: robert.collins@lw.com