IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARK MARTELL, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 1:23-cv-5449 |
| vs. | District Judge Rebecca R. Pallmeyer |
| X CORP., | Magistrate Judge Beth W. Jantz |
| Defendant. | |

**DEFENDANT X CORP.'S OPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant X Corp. ("X") respectfully seeks leave to file a reply to Plaintiff's response to X's motion for leave to file supplemental authority (Dkt. 21).

1. On December 22, 2023, X moved for leave to file supplemental authority—Judge Rowland's December 1, 2023 decision in *Clarke v. Aveda Corp.*, No. 21-cv-04185 (N.D. Ill.)—in support of X's motion to dismiss for failure to state a claim. Order (Dkt. 20-1) at 1. *Clarke* supports X's position that an image can qualify as a "biometric identifier" under BIPA only if it can be used to identify individuals depicted in the image, and that Plaintiff did not (and cannot) allege that PhotoDNA is able to identify any individuals. Mot. to File Supp. Auth. (Dkt. 20) ¶¶ 4-5.

2. On December 26, 2023, Plaintiff filed a response to X's motion for leave to file supplemental authority (Dkt. 21). In it, Plaintiff argued for the first time that PhotoDNA is capable of identifying him from the image that he uploaded to his Twitter account. Response (Dkt. 21) at 2.

1

3. On December 27, 2023, the Court granted X's motion for leave to file supplemental authority and agreed to consider *Clarke* and Plaintiff's response in its ruling on X's motion to dismiss. Minute Order (Dkt. 22) at 1.

4. X did not have the opportunity to address Plaintiff's argument that PhotoDNA can identify him from the image that he uploaded to his Twitter account. Plaintiff did not assert that position in any previous filing. Plaintiff's response also mischaracterizes the Complaint's allegations. Therefore, X requests leave to file the attached reply brief addressing Plaintiff's new argument because X did not have the opportunity to do so in the briefing on the motion to dismiss or in its motion for leave to file supplemental authority, and because the attached reply would assist the Court in resolving the issues raised in X's motion to dismiss.

5. X's counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel indicated that Plaintiff opposes the relief requested in this motion.

WHEREFORE, X respectfully requests this Court grant it leave to file the attached reply brief in support of its notice of supplemental authority.

Date: January 4, 2024              Respectfully submitted,

                                           /s/ Robert C. Collins III
                                           Robert C. Collins III, One of the Attorneys for Defendant X Corp.

                                           Robert C. Collins III (Illinois Bar No. 6304674)
                                             robert.collins@lw.com
                                           Kathryn A. Running (Illinois Bar No. 6330369)
                                             kathryn.running@lw.com
                                           LATHAM & WATKINS LLP
                                           330 North Wabash Avenue, Suite 2800
                                           Chicago, Illinois 60611
                                           Telephone: (312) 876-7700
                                           Facsimile: (312) 993-976

## **CERTIFICATE OF SERVICE**

I, Robert C. Collins III, hereby certify that on January 4, 2024, I caused a copy of the foregoing to be filed using the Court's CM/ECF system, which provides service to all counsel of record.

    */s/ Robert C. Collins III*
Robert C. Collins III, One of the Attorneys for Defendant X Corp.

Robert C. Collins III (Illinois Bar No. 6304674)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: robert.collins@lw.com