## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Mark Martell

                Plaintiff,

v.                                            Case No.: 1:23−cv−05449

                                                       Honorable Sunil R. Harjani

X Corp.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 26, 2024:

      [CORRECTED [37]] MINUTE entry before the Honorable Sunil R. Harjani: Plaintiff's counsel contacted chambers on 7/25/24 and informed the Court that no new amended complaint will be filed. As a result, and according to doc. [31] the dismissal without prejudice is converted to a dismissal with prejudice. In−person status hearing set for 7/30/2024 is stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.