# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Mark Martell
Plaintiff(s),

v.

X Corp.,

Defendant(s).

Case No. 1:23-cv-05449

Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

   which ☐ includes          pre–judgment interest.
         ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The dismissal without prejudice [31] is converted to a dismissal with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
X  decided by Judge Harjani [31][38].

Date: 7/29/2024

Thomas G. Bruton, Clerk of Court

Lynette Santiago, Deputy Clerk